THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
JOHN GRANT, Respondent.

(Argued March 7, 1935; decided April 16, 1935.)

*Arthur G. Adams, District Attorney,* for appellant.
*William A. Dicker,* for respondent.

Judgment affirmed upon the authority of *People* v.
*Ryan* (267 N. Y. 133). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
CROUCH, LOUGHRAN and FINCH, JJ.